| | | |
|---|---|---|
| **UNITED STATES** | , | ) |
| **v.** | | ) |
| | | )   **Case No.  1:26-cr-21 (RDA)** |
| **MATTHEW BECKER** | | ) |
| | | ) |
| | | ) |
| **Defendant.** | | ) |

## DEFENDANT'S EXHIBIT LIST

The defense hereby submits its list of trial exhibits, not including documents that may be used for impeachment. The defense may also introduce any items appearing on the government's witness list if relevant and otherwise admissible and the government chooses not to introduce them. The defense reserves the right to object to the below-listed exhibits if the defense chooses not to offer them in evidence:

1. The following Bates-numbered documents as well as supporting Twitter documentation for each set of documents:

    a. 1017-1094

    b. 1232-1478

    c. 1728-1939

    d. 2018-2155

    e. 2242-2332

2. The following conversations/chats between MV1. (The alleged juvenile victim in this case is referred to by the government as MV1[1]) and other individuals on the Twitter platform. Because the conversations/chats allegedly involve a minor, the government has not provided them to the defense, but instead has allowed the defense to view them at the United States Attorney's Office. These conversations/chats are listed by the last four digits of the *other* participant's account number, which, upon information and belied, is the easiest way for the government to search for the items and bring them to trial in printed form:[2]

   A. Chats with MV1 and 3525

   B. Chat with MV1 and 5139

   C. Chat with MV1  and  5664

   D. Chat with MV1 and 5168

   E. Chat with MV 1 and 6561

   F. Chart with MV 1 and 7040

   G. Chat with MV 1 and 7841

   H. Chat with MV 1 and 2864

   I. Chat with MV 1 and 7274

   J. Chat with MV1 and 9860

   K. Chat with MV1 and 7984

   L. Chat with MV1 and 2995

---

[1] Reference to this individual by or individuals by "MV1' is not a concession that they are minors or victims.

[2] Undersigned counsel has requested the conversations/chats be available for the Court's review, if needed, when the Court decides the issue concerning their admissibility. At the hearing on June 24, 2026, undersigned counsel will proffer various portions of the conversations/chats. In the event the Court were to exclude some or all of these items from trial, all of the above chats need to be provided to the Court in paper form for the appellate record.

M. Chat with MV1 and 9637

N. Chat with MV1 and 4227

O. Chat with MV1and 6421

P. Chat with MV1 and 4099

3. Search terms (all available search terms) allegedly found on a phone allegedly own Matthew Becker.

4. Search warrant affidavits  - Bates (first page) 547, 315, and 114.

5. The  MVI chats – including all related images/videos -  described in paragraph 23 of search warrant affidavit bates stamped 547-580.

6. The MV1 chats  - including all related images/videos - described in paragraphs 25, and 59-83 of search warrant affidavit bates stamped 547-580. (These are partially duplicative of (2) above.)

7. Email exchange between the U.S. Attorney's Office and X-Corp leading to the creation of purported FRE  902 (11) certificates with the name "Kelly Killen" as a signatory.

8. Any emails or other correspondence from or received by the government or X-Corp refusing to allow the defense to speak with Kelly Killen, declining to provide the defense contact information for Kelly Killen, or declining to aid the defense in investigating the Killen certificates.

Respectfully Submitted,

**MATTHEW BECKER**


_____/s/_____

Cary Citronberg, VSB #81363
Johnson/Citronberg P.L.L.C.
Counsel for Defendant
421 King Street, Suite 505
Alexandria, VA 22314
(703) 684-8000 (Office)
(703) 504-8933 (Cell)
cary@jc-attorney.com


## CERTIFICATE OF SERVICE


I, hereby certify, that on this 22nd day of March, 2026, I filed the foregoing electronically through ECF, which shall provide service on all parties.


_____/s/_____

Cary Citronberg, VSB #81363