# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):    Christopher Leibig

                         Cary Citronberg


Electronic Device(s):    Work Laptops - Dell Latitude and Dell Inspirion


Purpose and Location
Of Use:                  Trial before Hon. R. Alston

Case No.:                26-cr-21

Date(s) Authorized:      June 29-30, 2026

IT Clearance Waived:     _____(Yes)        _____(No)

APPROVED BY:

Date:_____        _____
                             United States District/Magistrate/Bankruptcy Judge


**A copy of this signed authorization must be presented upon entering the courthouse.**


IT Clearance:            _____        _____
                         IT Staff Member                 Date(s)


**IT clearance must be completed, unless waived, before court appearance.**