## CRIMINAL JURY TRIAL PROCEEDINGS

Date:  6/30/2026              Case No:  1:26-cr-00021-001          Time:  9:00–10:43

                                                                                                 10:56 -12:20

Before the Honorable:  ROSSIE D. ALSTON, JR                    1:15- 2:30

                                                                                                 4:32-4:39

Court Reporter:  T. Harris                                                       5:27-5:38


                        PARTIES                                                COUNSEL

UNITED STATES OF AMERICA                        Laren Halper, Laura Withers

vs.

MATTHEW BECKER                                     Christopher Leibig, Cary Citronberg


Preliminary matters heard.

US cont'd to adduce evidence and rests.

Defendant's Motion for Judgment of Acquittal – Argued out of the presence of the jury and Denied.

Colloquy conducted with the defendant regarding his right to testify.  The Court finds that the defendant's decision not to testify is voluntary.

Jury instruction conference held with counsel.

The Court charged the jury.

Closing arguments heard.

Alternate juror excused.

The jury retired to the jury room to begin deliberations (at 2:30)

Question received from the jury, reviewed with counsel, and answer given.

The jury returned to the courtroom with verdicts of Guilty on Counts 1 and 2 of the Indictment. Jury polled and excused.

The defendant was referred to PO for a PSIR and sentencing set for 12/16/2026 @ 10:00 a.m.

Defendant cont'd on present bond w/added condition that he have no access to the internet.